## (February 4, 1941.)

THE PEOPLE OF THE STATE OF NEW YORK on the Complaint of EDWARD SKRENDA, Respondent, v. ANNIE FELDMAN, Appellant.— Appeal from a judgment of a city magistrate holding a Court of Special Sessions of the City of New York, Borough of Queens, convicting defendant of the alleged crime of violating sections C26–643a–13.0■ and C26–207.0 of the Administrative Code of the City of New York, and section 10 of article IV of the Building Zone Resolution adopted by the board of estimate and apportionment of the city of New York, July 25, 1916, as last amended July 24, 1939. On recommendation of the corporation counsel, judgment of conviction reversed, information dismissed, and defendant discharged. Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.

## (February 5, 1941.)

PATRICK GLOVER, Respondent, v. KAZIMIR BUDZYKO and JOSEPH B. ZELDIS, Appellants, and Another, Defendant.— As to appellant Kazimir Budzyko, motion to dismiss appeal denied upon condition that appellant perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. As to appellant Joseph B. Zeldis, motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

## (February 10, 1941.)

ELIZABETH DUFFY, Appellant, v. WILLIAM F. AHRENS and JOHANNA AHRENS, Respondents, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

ELSIE GRIFFING, Respondent, v. TOWN OF BROOKHAVEN, Appellant. LEROY GRIFFING, Respondent, v. TOWN OF BROOKHAVEN, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

OLYMPIA IOVINE, Respondent, v. JOSEPHINE RIVICCI, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.